**STATE of Missouri, Respondent,**

v.

**Jok ATEM, Appellant.**

**No. WD 75817.**

Missouri Court of Appeals,
Western District.

Jan. 14, 2014.

Karen L. Kramer, Jefferson City, MO, for respondent.

Samuel E. Buffaloe, Columbia, MO, for appellant.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

After a jury trial, Appellant Jok Atem was found guilty of the class C felony of stealing, in violation of section 570.030.

On appeal, Atem contends that the Circuit Court of Buchanan County erred in entering judgment against him because of insufficiency of evidence. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).